# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**KRISTIN SANDERS**
**Plaintiff,**

**v.**                                                     **Case No. 25-C-1143**

**FRANK BISIGNANO,**
**Commissioner of the Social Security Administration**
**Defendant.**

---

## ORDER

On May 29, 2026, I reversed the Commissioner's decision denying plaintiff's application for social security disability benefits and remanded for further proceedings. The clerk entered judgment the same day and closed the case.

On June 17, 2026, Nevada Smith, who identifies himself as an "interested party," filed a request for leave to file, in which he seeks to submit materials showing that one of the agency's medical consultants is not properly licenced and the other used a false name. Smith indicates that he is not an attorney, and that he does not represent plaintiff. Nor does he appear to have any legally cognizable interest in this case. This is not the first time Smith has attempted to file documents in a case that does not concern him. See Oechsner v. Commissioner of Social Security, No. 23-C-56 (E.D. Wis. July 18, 2025) (docket #26).[1]

The district court has discretion to permit a non-party to participate in a case as an amicus curiae. Generally, a court will grant leave to appear as an amicus if the information

---

[1] See also Bend v. Scalia, No. 1:19-CV-4295, 2020 U.S. Dist. LEXIS 266171, at *19-20 (N.D. Ga. Feb.11, 2020); Gray v. Berryhill, No. 6:16-cv-500, 2018 U.S. Dist. LEXIS 237876, at *2 (M.D. Fla. July 13, 2018); Buesgens v. Jacobs, No. 17-MC-51-JPS, 2018 U.S. Dist. LEXIS 15600, at *1 (E.D. Wis. Jan. 31, 2018).

offered is timely or useful. <u>E.g.</u>, <u>Int'l Union of Operating Engineers Local 420 v. Schimel</u>, 210 F. Supp. 3d 1088, 1101 (E.D. Wis. 2016). This case is closed, and Smith's complaints about the agency consultants provide no basis for any further action by this court.

**THEREFORE, IT IS ORDERED** that Nevada Smith's motion for leave to file (R. 26) is denied.

Dated at Milwaukee, Wisconsin this 22nd day of June, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge