IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KRISTIN M. SANDERS,

Plaintiff,

Case No. 2:25-cv-01143-LA

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

# ORDER

This matter coming before the court on the parties' stipulation to award fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and the court being fully advised,

**IT IS HEREBY ORDERED** that Plaintiff is awarded $8,100.86 (eight thousand one hundred dollars and eighty-six cents) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to **Cody Marvin** pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

**Marvin & Associates, P.C.**
**630 Davis Street, Suite 300**
**Evanston, IL 60201**

Dated at Milwaukee, Wisconsin, this 17th day of August, 2026

BY THE COURT:
/s/ Lynn Adelman
LYNN ADELMAN
United States District Judge